AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

JAMES EDWARD THOMAS, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:02cr00106-01 JMM
USM Number: 20448-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __Standard and Special__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard 7 | Failure to refrain from excessive use of alcohol | 1/23/2009 |
| Special | Failure to complete term of residential treatment | 12/29/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-7106
Defendant's Date of Birth: **/**/1974

February 12, 2009
Date of Imposition of Judgment

_/s/ James M. Moody_
Signature of Judge

Defendant's Residence Address:
Redacted Pursuant to FRCrP 49.1

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

February 12, 2009
Date

Defendant's Mailing Address:
Redacted Pursuant to FRCrP 49.1

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       JAMES EDWARD THOMAS, JR.
CASE NUMBER:     4:02cr00106-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **FOUR (4) months**

X    The court makes the following recommendations to the Bureau of Prisons:
     Defendant shall serve his term of imprisonment at Forrest City, Arkansas.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐  as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     X  before 2 p.m. on   March 16, 2009                .

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL